# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAYNA SAMRA,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **SHAHEEN BUSINESS AND INVESTMENT GROUP, INC.,** d/b/a SBIG USA, INC., | )   Civil Action No. 03-2062 (RCL) |
| and | ) |
| **KCALED M. A. CHAHIEN,** a/k/a KHALED SHAHEEN, | ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum Opinion issued this date, and upon consideration of the plaintiff's Motion [13] to Enforce Settlement Agreement, the opposition thereto, the reply, the applicable law, and the entire record herein, it is hereby

ORDERED that the plaintiff's Motion [13] to Enforce Settlement Agreement is GRANTED; and it is further

ORDERED that the defendant Kcaled M. A. Chahien, a/k/a Khaled Shaheen, shall within thirty (30) days of this date pay $150,000 into the Court's Registry; and it is further

ORDERED that the plaintiff Dayna Samra cause a stipulation of voluntary dismissal with prejudice of her claims against the defendants to be entered of record herein. When the Court finds that the plaintiff has filed the appropriate stipulation of dismissal, the Court will dismiss

this case with prejudice and pay the plaintiff $150,000 from the funds in the Court's Registry designated for enforcement of the settlement agreement in this case.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 31, 2005.